# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ERIC GRIFFIN,

                Plaintiff,          Case No. 2:10-cv-01204-KJD-PAL

vs.                                    **ORDER**

HARRY REID, *et al.,*

                Defendants.

      On August 9, 2010, the District Judge entered an order (Dkt. #10) dismissing this case and closing the file. On file at the time of the dismissal were Plaintiff's Emergency Motion for Temporary Injunction (Dkt. #8), Emergency Motion #2 (Dkt. #9), and Emergency Motion to Intervene (Dkt. #13). As the case has been dismissed,

      **IT IS ORDERED** that Plaintiff's Emergency Motion (Dkt. #8), Plaintiff's Motion #2 (Dkt. #9) and Plaintiff's Emergency Motion to Intervene (Dkt. #13) are **DENIED.**

      Dated this 19th day of August, 2010.

                                                    Peggy A. Leen
                                                    United States Magistrate Judge